**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A. EVERETTE ADAMS, a single man, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GMAC MORTGAGE CORPORATION,)<br>a Pennsylvania corporation, )<br>)<br>Defendant. )<br>_____ ) | No. CV 06-223-TUC-CKJ (BPV)<br><br>**ORDER** |

**IT IS ORDERED** that this matter is set for a **SETTLEMENT CONFERENCE** on **Wednesday, September 19, 2007, at 9:00 a.m.** before the Hon. Bernardo P. Velasco.

The parties are directed to submit an ex-parte confidential written communication to Judge Velasco directly at his office no later than **Thursday, September 13, 2007,** outlining the following:

1. The factual and legal basis for their claims or defenses and
2. The parties' appraisals of the strengths and weaknesses of their own case.

**DO NOT FILE THESE LETTERS WITH THE U.S. DISTRICT COURT CLERK IN THE CASE FILE.** They are for the settlement Judge's use only.

It is further ORDERED that lead trial counsel and a representative of each party with settlement authority attend the settlement conference.

DATED this 24th day of August, 2007.

_____
Bernardo P. Velasco
United States Magistrate Judge