# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### [CIVIL MINUTE ENTRY]

**Case No.**     **CV 06-00223-CKJ**     **Date:** **September 19, 2007**

**Title:**     **A. EVERETTE ADAMS v. GMAC MORTGAGE CORPORATION**

## HONORABLE BERNARDO P. VELASCO

PROCEEDINGS:     __ Open Court     X Chambers     __ Other

This matter came before the Court this date for a Settlement Conference. Plaintiff A. Everette Adams is present and accompanied by his attorney, Joane Hallinan. Defendant GMAC's agent, Scott Zeitz, is present and accompanied by GMAC's attorney, Jennifer Dubay. The parties have met, conferred, and agreed to a settlement in full as follows:

Defendant shall pay to Plaintiff the sum of $8,000.00. Said payment shall be made to Plaintiff's Counsel within thirty days of execution of the GMAC settlement form.

Any and all costs associated with the deposition are waived.

A full Release will be executed by the parties.

The above-entitled matter will be dismissed with prejudice.

This agreement does not release Plaintiff's continuing obligation on the underlying mortgage.

The above settlement is approved orally by all persons present and listed above.