IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| A. Everette Adams, a single man,<br><br>                        Plaintiff,<br>    v.<br><br>GMAC Mortgage Corporation, a<br>Pennsylvania corporation,<br><br>                        Defendant. | NO. CV06-223-TUC-CKJ<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

    Pursuant to Joint Stipulation and Motion of the parties, and good cause appearing,

    IT IS HEREBY ORDERED dismissing the above-captioned action **with prejudice**, with the parties to bear their own attorneys' fees and costs.

    IT IS FURTHER ORDERED that the parties shall file settlement documents by January 12, 2008.

    IT IS FURTHER that the Clerk of the Court is to close the file on this matter.

    DATED this 10th day of December, 2007.

_____
Cindy K. Jorgenson
United States District Judge